## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AMARTE USA HOLDINGS, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 24-2461 CAS |
| CALDERA + LAB, INC. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

April 4, 2024                                                      _Christine A. Snyder_
Date                                                                  United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  **Sherilyn Peace Garnett**  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  **SPG**  after the case number in place of the initials of the prior judge so that the case number will read  **2:24-cv-02461 SPG(AJRx)** . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk