John M. Kim (Bar No. 188997)
jkim@ipla.com
Benjamin S. White (Bar No. 279796)
bwhite@ipla.com
Zayde J. Khalil (Bar No. 323547)
zkhalil@ipla.com

IPLA, LLP
4445 Eastgate Mall, Suite 200
San Diego, CA 92101
Tel: 858-272-0220
Fax: 858-272-0221

Attorneys for Plaintiff
Amarte USA Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARTE USA HOLDINGS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALDERA + LAB, INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO: 2:24-cv-02461-SPG-AJR**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)**<br><br>Complaint Served: April 12, 2024<br>Current Response Date: May 03, 2024<br>New Response Date: June 02, 2024<br>(tolls to June 03, 2024) |

Plaintiff AMARTE USA HOLDINGS, INC., and Defendant CALDERA + LAB, INC., by and through the undersigned counsel of record, pursuant to Local Civil Rule 8-3, hereby stipulate to a thirty-day extension of time for Defendant to respond to Plaintiff's Complaint. Thirty days from the current May 3, 2024, response date is Sunday, June 2, 2024, which effectively tolls Defendant's new deadline to respond to Plaintiff's Complaint to Monday, June 3, 2024. Fed. R. Civ. P. 6(a)(1)(C).

**IT IS SO STIPULATED AND AGREED.**

[*signature page to follow*]

1
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)**

| | | |
|---|---|---|
| Dated: | May 1, 2024 | /s/ Benjamin S. White |
| | | Benjamin S. White |
| | | IPLA, LLP |
| | | Attorney for Plaintiff, |
| | | AMARTE USA HOLDINGS, INC. |
| | | |
| Dated: | May 1, 2024 | /s/ Ryan Kaiser |
| | | Ryan Kaiser |
| | | AMIN WASSERMAN GURNANI, LLP |
| | | Attorney for Defendant, |
| | | CALDERA + LAB, INC. |

Pursuant to Local Rule 5-4.3.4, Benjamin S. White of the law firm IPLA, LLP, counsel for the filing party, attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

---

2
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8- 3)**